IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN D. BRANTLEY | * | |
| Plaintiff | * | |
| v | * | Civil Action No.JKB-14-1880 |
| STATE OF MD - UMES | * | |
| Defendant | * | |
| | *** | |

# MEMORANDUM

The above-captioned civil rights action was filed on June 11, 2014, together with a motion to proceed in forma pauperis. Because he appears to be indigent, plaintiff's motion shall be granted. For the following reasons the complaint must be dismissed.

The complaint is filed against the University of Maryland Educational System. ECF 1. Plaintiff appears to allege the University of Maryland is improperly weighting class credits in violation of "educational laws." There are no discernible facts on which that legal conclusion appears to be based. The complaint is illegible.

Federal Rule of Civil Procedure 8(a)(2) requires "a short and plain statement of the claim showing that the pleader is entitled to relief," and Rule 8(d)(1) requires that each averment of a pleading be "simple, concise, and direct." A court is not obliged to ferret through a complaint, searching for viable claims. Factors to consider in determining if a complaint fails to comply with Rule 8(a) include the length and complexity of the complaint, *see, e.g., United States ex rel. Garst v. Lockheed-Martin Corp.*, 328 F.3d 374, 378 (7th Cir. 2003); whether the complaint was clear enough to enable the defendant to know how to defend himself, *see, e.g., Kittay v. Kornstein,* 230 F.3d 531, 541 (2d Cir. 2000); and whether the plaintiff was represented by counsel. *See, e.g., Elliott v. Bronson*, 872 F.2d 20, 21-22 (2d Cir. 1989). A pleading must give

the court and the defendant "fair notice of what that plaintiff's claim is and the grounds upon which it rests." *Swirkiewicz v. Sorema N.A.*, 534 U.S. 506, 512 (2002) (quoting *Conley v. Gibson*, 355 U.S. 41, 47 (1957)).  Given that this court cannot discern what actions or inaction forms the basis of the instant complaint, it is plainly not clear enough to enable the defendant to know how to defend the case.  A separate order will issue.

DATED this 17th day of June, 2014.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge
